# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2020

161837(20)(21)

MICHIGAN ALLIANCE FOR RETIRED
AMERICANS, DETROIT/DOWNRIVER
CHAPTER OF THE A. PHILIP RANDOLPH
INSTITUTE, CHARLES ROBINSON, GERARD
McMURRAN, and JIM PEDERSON,
               Plaintiffs-Appellees,
v

SECRETARY OF STATE and ATTORNEY
GENERAL,
               Defendants,
and

SENATE and HOUSE OF REPRESENTATIVES,
               Proposed Intervenor Defendants,
and

REPUBLICAN NATIONAL COMMITTEE and
MICHIGAN REPUBLICAN PARTY,
               Proposed Intervenor
               Defendants-Appellants.
_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161837
COA: 354429
Ct of Claims: 2020-000108-MM

On order of the Court, the motion for immediate consideration is GRANTED. We direct the parties to file briefs by 5:00 p.m. on Wednesday, September 30, 2020, responding to petitioners' motion for reconsideration and addressing whether *Council of Orgs & Others for Ed About Parochiaid v Michigan*, 321 Mich App 456 (2017), should be overruled and whether petitioners should be allowed to intervene, MCR 2.209. We further DIRECT the Court of Claims to issue a decision on the House of Representatives and Senate's motion for intervention no later than Wednesday, September 30, 2020.

The Court of Appeals shall expedite its consideration of any appeal from the Court of Claims in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2020



Clerk

b0925